# SUPREME COURT OF HAWAI'I

State v. Kahapea . . . . . . . . . . . . . . . . 27278     08/30/2006   Denied      111 Hawai'i 267, 141 P.3d 440